## DISCIPLINARY DOCKET

**93–871. Disciplinary Counsel v. Nasrallah.**

On Application for Termination of Probation.

This cause came on for further consideration upon the filing by respondent, Fuad B. Nasrallah, a.k.a. Fuad Bahige Nasrallah, of an application for termination of probation.

The court coming now to consider its order of September 8, 1993, in which respondent was suspended from the practice of law for two years, with the suspension stayed and respondent placed on probation on conditions, finds that respondent has substantially complied with that order and with the provisions of Gov.Bar R. V(9).

THEREFORE, IT IS ORDERED by the court, effective October 7, 1996, that the probation of Fuad B. Nasrallah, a.k.a. Fuad Bahige Nasrallah, Attorney Registration No. 0023893, last known business address in Dayton, Ohio, be, and hereby is, terminated.

IT IS FURTHER ORDERED that the Clerk of this court issue certified copies of this order as provided ·for in Gov.Bar R. V(8)(D)(1), that publication be made as provided ·for in Gov.Bar R. V(8)(D)(2), and that respondent bear the costs of publication.

For earlier case, see *Disciplinary Counsel v. Nasrallah* (1993), 67 Ohio St.3d 238, 617 N.E.2d 677.

## MISCELLANEOUS DISMISSALS

**96–2048. State ex rel. Stevenson v. Fuerst.**
On September 5, 1996, relator filed a complaint in mandamus that was filed and docketed as case No. 96–2042. On September 6, 1996, relator filed a complaint in mandamus that was filed and docketed as case No. 96–2048. It appearing to the court that the documents filed in case No. 96–2048 are duplicates of the documents filed in case No. 96–2042,

IT IS ORDERED by the court, *sua sponte*, that case No. 96–2048 be, and hereby is, dismissed. The court will proceed to consider case No. 96–2042 pursuant to S.Ct.Prac.R. X(5).

*Wednesday, October 9, 1996*

## MOTION DOCKET